IC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED

JAN 15 2025 ✗

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Cheryl Murray )
_____ )
)
)
Plaintiff(s), )
)
v. )
Chicago Transit Authority )
_____ )
)
)
Defendant(s). )

1:25-cv-00433
Judge Sara L. Ellis
Magistrate Judge Heather K. McShain
Random/Cat 2

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Cheryl Murray of the county of Cook in the state of ILLINOIS.

3. The defendant is Chicago Transit Authority, whose street address is 567 Lake St, (city) Chicago (county) COOK (state) Illinois (ZIP) 60651

(Defendant's telephone number) (312)-664-7200

4. The plaintiff sought employment or was employed by the defendant at (street address) 567 W. Lake St (city) Chicago (county) Cook (state) IL (ZIP code) 60651

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) Sept , (day) 18 , (year) 2020

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☐ the United States Equal Employment Opportunity Commission, on or about (month) Nov (day) 04 (year) 2022

        (ii) ☐ the Illinois Department of Human Rights, on or about (month) Nov (day) 04 (year) 2022

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)     Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes     ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes     ☐ N0, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐     the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☒    the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue,* which was received by the plaintiff on

(month) *1 O* (day) *1 8* (year) *2 4* a copy of which

*Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I was terminated and told by manager Jackson "You can Not work at Chicago Transit Authority and be on disability" I am one of the oldest Employee and my age was a factor.

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

Cheryl Murray
(Plaintiff's name)

8530 S. St. Lawrence
(Plaintiff's street address)

(City) Chicago (State) IL (ZIP) 60619

(Plaintiff's telephone number) 773-540-5131

Date: 1-15-25

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

Enclosure with EEOC Notice of Closure and Rights (Release Date)

# DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 10/18/2024

**To:** Cheryl Murray
7159 S. Luella Street
Chicago, IL 60649

via email: **msmurray929@gmail.com**

**Charge No: 21B-2022-01057**

EEOC Representative and email:

Sherice Galloway
State, Local & Tribal Programs Manager
sherice.galloway@eeoc.gov

---

## DISMISSAL OF CHARGE

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission:

Digitally Signed By:Amrith Kaur Aakre
10/18/2024
Amrith Kaur Aakre
District Director

**Cc:**

CHICAGO TRANSIT AUTHORITY
c/o Andrew Scott, Esq., Sr. Attorney
567 W. Lake Street, 6ᵗʰ Floor
Chicago, IL 60661

via email: **AScott1@transitchicago.com**

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.

# 22M0923.03

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2022CA1921 |
| ☐ EEOC | |

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Cheryl Murray | (773) 540-5131 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 7159 S. Luella St. | Chicago, IL 60649 | September 29, 1958 |
| | | MM / DD / YYYY |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Chicago Transit Authority | | (312) 664-7200 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 567 West Lake St. | Chicago, IL 60651 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Age    Disability    Perceived Disability | March 11, 2021 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

S E E   A T T A C H E D

DEPT. OF HUMAN RIGHTS
INTAKE DIVISION

NOV 04 2022

RECEIVED

BY: _____

Page 1 of 3

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true. [735 ILCS 5/1-109]

x _Cheryl E. Murray_    11 / 03 / 22

SIGNATURE OF COMPLAINANT    DATE

EEO-5 FORM (Rev. 5/2022-INT)

RETURN THIS COPY

Case: 1:25-cv-00453 Document #: 1 Filed: 01/15/25 Page 9 of 11 PageID #:9

I.  A.  **ISSUE/BASIS**

DISCHARGE – ON OR ABOUT MARCH 11, 2021 DUE TO AGE

B.  **PRIMA FACIE ALLEGATIONS**

1.  My age at the time of harm was 61.

2.  My performance as Bus Operator met Respondent's legitimate expectations.

3.  On March 11, 2021, Toika Jackson, Manager, discharged me.

4.  Respondent treated similarly situated employees under the age of 40 or those significantly younger than me, more favorably under similar circumstances.

II.  A.  **ISSUE/BASIS**

DISCHARGE -ON OR ABOUT MARCH 11, 2021 DUE TO DISABILITY

B.  **PRIMA FACIE ALLEGATIONS**

1.  I am an individual with a disability as defined by Section 1-103(I) of the Illinois Human Rights Act. My physical disability is Lumbar Radiculopathy

2.  Respondent is aware of my condition.

3.  On March 11, 2021, Toika Jackson, Manager, discharged me.

4.  Respondent treated similarly situated non-disabled employees more favorably under similar circumstances.

III.  A.  **ISSUE/BASIS**

DISCHARGE – ON OR ABOUT MARCH 11, 2021, DUE TO DISABILITY

B.  **PRIMA FACIE ALLEGATIONS**

1.  I have an objective reason to believe that Respondent perceived me to be an individual with a disability as defined by Section 1-103(I) of the Illinois Human Rights Act. Respondent perceived me to have Covid-19.

RETURN THIS COPY

Charge Number: 2022CA1921
Complainant: Cheryl Murray
Page 3 of 3

2.    My performance as Bus Operator met Respondent's legitimate expectations.

3.    On March 11, 2021, Toika Jackson, Manager, discharged me.

4.    Respondent treated similarly situated employees not perceived as disabled more favorably under similar circumstances.

RETURN THIS COPY

Charge Number: 2022CA1921
Complainant: Cheryl Murray
Page 3 of 3

2. My performance as Bus Operator met Respondent's legitimate expectations.

3. On March 11, 2021, Toika Jackson, Manager, discharged me.

4. Respondent treated similarly situated employees not perceived as disabled more favorably under similar circumstances.

RETURN THIS COPY